**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6527**

———————

MICHAEL MCLEAN,

Plaintiff - Appellant,

versus

OFFICER PHILMON; Q. PULLEN, Officer; B.
HARRIS, Officer; JAMES BRODY, Officer; OFFICER
WIGGINS; OFFICER PITTMAN; OFFICER ROOKS; JAMES
GILMORE, Inmate; KEITH ZEBULON, Inmate; BOBBIE
FORTHOUSE, Inmate; JAMES NEWKIRK, Inmate;
INMATE RAMSUR,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge.
(CA-97-108-5-BR)

———————

Submitted: August 14, 1997          Decided: August 21, 1997

———————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael McLean, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. McLean v. Philmon, No. CA-97-108-5-BR (E.D.N.C. Apr. 7, 1997). The motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2